FILED
2006 Oct-31 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

A CERTIFIED TRUE COPY
OCT 17 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

06 CV 11348

JUDGE RAKOFF

DOCKET NO. 1598

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2006

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

FILED
SDNY
10/25/06

*Johnny C. McClain, et al. v. Metabolife International, Inc.*, S.D. California, C.A. No. not available[1]
(formerly N.D. Alabama, C.A. No. 2:01-1801)

**BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL**

### TRANSFER ORDER

Presently before the Panel is a motion by Metabolife, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's order conditionally transferring the action to the Southern District of New York for inclusion in the Section 1407 proceedings occurring there in this docket. Plaintiffs in this action initially opposed the motion and favored inclusion of the action in MDL-1598 proceedings; subsequent to the Panel's hearing session at which this matter was considered, plaintiffs withdrew their opposition and informed the Panel that the *McClain* parties have agreed to settle their dispute.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York. Transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving claims of liability for the allegedly adverse effects of ingesting ephedra-containing products. *See In re Ephedra Products Liability Litigation,* 314 F.Supp.2d 1373 (J.P.M.L. 2004).

---

[1] After Metabolife International, Inc. (Metabolife) and a wholly owned subsidiary filed separate Chapter 11 bankruptcy petitions in the Southern District of California, the California court transferred, pursuant to 28 U.S.C. § 157(b)(5), all personal injury tort/wrongful death actions against Metabolife pending in federal or state courts to the California district by orders dated November 4 and December 5, 2005. It does not appear that the Alabama *McClain* action has actually been transmitted to the California court pursuant to these orders. It is unclear whether the *McClain* plaintiffs are claimants in various Metabolife liquidation proceedings.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

-2-

Opposing defendant Metabolife argues that no further pretrial proceedings are necessary and only one post-trial motion is required to resolve this action in light of the facts that i) this action has already been tried in the Northern District of Alabama, and ii) the Eleventh Circuit Court of Appeals reversed the judgment and remanded the action to the Alabama court. Plaintiffs initially disagreed, arguing that further proceedings, including additional discovery and other motions, are likely necessary to resolve this action. In light of the procedural posture of this action, we find that its inclusion in Section 1407 proceedings would have the salutary effect of placing all the related actions before a single judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters; 2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). The transferee judge is in the best position to determine what additional proceedings are necessary to resolve this action. If, indeed, it turns out that no further pretrial proceedings remain, he can suggest Section 1407 remand of the action. Procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 192 F.R.D. at 470-72. We are confident in the transferee judge's ability to streamline whatever pretrial proceedings arise in *McClain* – including any relating to the recent agreement by the parties to this action to settle this matter – while directing the appropriate resolution of all MDL-1598 claims.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Jed S. Rakoff for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

INVOLVED COUNSEL LIST
DOCKET NO. 1598
IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Lisa R. King Ackley
Walsworth, Franklin, Bevins
& McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Allan L. Armstrong
Woolley Law Firm
2013 First Avenue, North
Suite 450
Birmingham, AL 35203

Robert R. Barnes
Allen, Matkins, Leck, Gamble
& Mallory, LLP
501 West Broadway
15th Floor
San Diego, CA 92101

Edward G. Bowron
Bowron Latta & Wasden, P.C.
P.O. Box 16046
Mobile, AL 36616

Lisa Willhelm Cooney
Lewis, Brisbois, Bisgaard & Smith
550 West C. Street
Suite 800
San Diego, CA 92101

Cavender C. Kimble
Balch & Bingham LLP
P.O. Box 306
1710 Sixth Avenue North
Birmingham, AL 35201-0306

Archie C. Lamb, Jr.
Lamb Law Firm
2017 Second Avenue North
Suite 200
P.O. Box 2088
Birmingham, AL 35203

Rex Allen Littrell
Ulmer & Berne, LLP
88 East Broad Street
Suite 1600
Columbus, OH 43215

David J. Molton
Brown, Rudnick, Berlack & Israels
Seven Times Square
New York, NY 10036

David E. Oglesby
Bouloukos & Oglesby
2017 Second Avenue, North
Birmingham, AL 35203

Robert B. Roden
Shelby Roden
2956 Rhodes Circle
Birmingham, AL 35205

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith
550 West C Street
Suite 800
San Diego, CA 92101-3531

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Diane P. Sullivan
Dechert, LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409

Mark E. Tindal
Lloyd, Gray & Whitehead, P.C.
The Colonial Bank Building
2501 20th Place, South
Suite 300
Birmingham, AL 35223